# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RENALDO J. SONSINI II,        :   No. 91 MM 2019

            Petitioner

            v.

ROBERT GILMORE, THERON PEREZ, ESQ., DAVID J. ARNOLD JR, ESQ.,

            Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.